RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL
DATE 02/07/07

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WHITNEY ALFRED, JR.<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 92cr60024-02<br><br>USM Number: 08006-035<br><br>Valerie Garrett<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of condition(s) <u>MC1, SC2, & SC7</u> of the term of supervision.
[ ]  was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

**Violation Number**          **Nature of Violation**          **Violation Ended**

See next page.

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| xxx/xx/5464<br><br>xx/xx/1967<br><br>08006-035 | January 26, 2007<br>Date of Imposition of Sentence<br><br>_(signature)_<br>Signature of Judicial Officer<br><br>TUCKER L. MELANÇON, United States District Judge<br>Name & Title of Judicial Officer<br><br>February 1, 2007<br>Date |
| Lafayette Parish Correction Center<br>Lafayette, LA 70501<br><br>Same As Above | |

COPY SENT
DATE 2/2/07
BY [initials]
TO [initials]
USM (3cc)
USPO (3cc)

CASE NUMBER:
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| MC1 | The defendant shall not commit another federal, state, or local crime. | 12/05/2005 |
| SC2 | The defendant shall report to the probation officer as directed and shall submit a truthful and complete written report within the first five days of each month. | 11/2005 |
| SC7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. | 12/09/2005 |

DEFENDANT:     WHITNEY ALFRED, JR.
CASE NUMBER:

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>TIME SERVED</u>.

The defendant is given credit for time served.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL